## FIRST DEPARTMENT, JUNE, 1921.

HARRY LIPSHITZ, as Administrator, etc., Respondent, v. RICHARD FITZPATRICK, INC., Appellant, Impleaded with Another.

*Master and servant — permission to appeal to Court of Appeals granted.*

Motion by the defendant for leave to appeal to the Court of Appeals from a judgment entered upon an order of the Appellate Division affirming a judgment of the Supreme Court, New York county, and an order denying a motion for a new trial. [See 196 App. Div. 940.]

PER CURIAM: The troublesome question involved in this case, namely, who is the master, and so responsible for the negligence of the servant,

* For other decisions of this term, see *ante*, p. 901.

† Added by Laws of 1915, chap. 667, as amd. by Laws of 1919, chap. 307.— [REP.

under the doctrine of *respondeat superior*, has not yet been so settled as to remove a particular case from the realm of uncertainty. The motion for reargument is denied, and the application for leave to appeal to the Court of Appeals granted. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ. Motion for leave appeal granted.